UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL MALONE, on behalf of himself and
others similarly situated,

               Plaintiff,

-vs-                                       Case No. 2:11-cv-41-FtM-36SPC

ING NORTH AMERICA INSURANCE
CORPORATION, DIRECTED SERVICES, LLC,
ING USA ANNUITY AND LIFE INSURANCE
COMPANY,

               Defendants.
_____

**ORDER**

      This matter comes before the Court on the Plaintiff, Michael Malone's Unopposed Motion for Extension of Time for Plaintiff to File Motion for Class Certification (Doc. #21) filed on May 2, 2011.

      The Plaintiff filed his Complaint on January 31, 2011. Under M.D. Fla. Local Rule 4.04(b), the Plaintiff has ninety (90) days to move the Court for Class Certification as required by Fed. R. Civ. P. 23(c)(1). In this instance, the Plaintiff's motion for class certification was due on May 2, 2011. However, the Plaintiff argues that he has not even begun discovery into the class certification and moves the Court to enlarge the time to file for class certification up to and including December 31, 2011. The Plaintiff states that due to the complex nature of the class and anticipated class discovery disputes he will need the additional time.

      While the Court is willing to allow an extension of time for the Plaintiff to file for class certification, the Plaintiff's Motion is overreaching. The Plaintiff himself admits that he has not

even begun the class discovery. As such, the Court will only allow an additional ninety (90) days to conduct his class discovery and file a Motion for Class Certification.

Accordingly, it is now

**ORDERED:**

The Plaintiff, Michael Malone's Unopposed Motion for Extension of Time for Plaintiff to File Motion for Class Certification (Doc. #21) is **GRANTED** up to and including **August 3, 2011.** Should the Plaintiff require additional time thereafter, he may file a motion with the Court along with a detailed description of the discovery conducted and the progress he has made to date in preparing his motion for class certification.

**DONE AND ORDERED** at Fort Myers, Florida, this ___5th___ day of May, 2011.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record