## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

MICHAEL MALONE, on behalf of himself and
others similarly situated,

                Plaintiff,

-vs-                                            Case No.  2:11-cv-41-FtM-36SPC

ING NORTH AMERICA INSURANCE
CORPORATION, DIRECTED SERVICES, LLC,
ING USA ANNUITY AND LIFE INSURANCE
COMPANY,

                Defendants.
_____

## ORDER

      This matter comes before the Court on Defendants' Unopposed Motion to Remove and Replace Exhibit B to the Affidavit of Brian J. Boyle Jr. (Doc. #33) filed on June 10, 2011. Defendants move the Court to authorize the Clerk of Court to remove Exhibit B to the Affidavit of Brian J. Boyle Jr from the docket as it contains confidential personal information that should have been redacted, and replace it with a redacted version of Exhibit B.  The Court finds good cause to grant the requested relief.

      Accordingly, it is now

**ORDERED:**

      (1)    Defendants' Unopposed Motion to Remove and Replace Exhibit B to the Affidavit of Brian J. Boyle Jr. (Doc. #33) is **GRANTED**.

      (2)    The Clerk of Court is directed to remove Exhibit B to the Affidavit of Brian J. Boyle Jr. (Doc. #17-14) from the docket sheet.

(3)     The Clerk of Court is directed to file Exhibit B to the Affidavit of Brian J. Boyle Jr., attached as "Attachment 1" to the instant Motion (Doc. #33-1), as a separate entry in the CM/ECF system.

**DONE AND ORDERED** at Fort Myers, Florida, this ___14th___ day of June, 2011.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record